JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA SIMMONS, et al. | CV 12-7962 PA (FFMx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| BOSTON SCIENTIFIC CORP., et al., | |
| Defendants. | |

Pursuant to the Court's March 25, 2013 Minute Order dismissing with prejudice the claims alleged by plaintiffs Diana Simmons and Emmett Simmons ("Plaintiffs") against defendants Boston Scientific Corporation and Guidant LLC ("Defendants"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing, and Defendants shall have their costs.

DATED:  March 25, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE